IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio Banking Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:10-cv-545<br>) District Judge Thomas W. Phillips<br>) Magistrate Judge H. Bruce Guyton |
| HOLROB INVESTMENTS, LLC and ROBERT S. TALBOTT, | )<br>)<br>) |
| Defendant. | ) |

## AGREED FINAL JUDGMENT

By agreement of the parties, as evidenced by the signatures of their counsel below, the Court orders that judgment is hereby entered in favor of plaintiff Fifth Third Bank, an Ohio banking corporation, successor by merger with Fifth Third Bank, N.A. ("Fifth Third"), and against defendant Holrob Investments, LLC and defendant Robert S. Talbott, jointly and severally, in the amount of seven hundred nineteen thousand six hundred twenty-one and 70/100 dollars ($719,621.70), plus attorneys fees of five thousand five hundred and 00/100 dollars ($5,500.00), for a total judgment of seven hundred twenty-five thousand, one hundred twenty one and 70/100 dollars ($725,121.70).

IT IS SO ORDERED this __2ND__ day of March, 2011.

_____
Thomas W. Phillips, U.S. District Judge or
H. Bruce Guyton, U.S. Magistrate Judge

(Electronic signatures of counsel on following page)

1

Approved for entry by:

STITES & HARBISON, PLLC

By: *s/ Garry K. Grooms*
Garry K. Grooms
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

*Counsel for Fifth Third Bank*


HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

By: *s/ J. David McDowell (with permission)*
Craig V. Gabbert, Jr. (TN BPR #004702)
J. David McDowell (TN BPR #24588)
315 Deaderick Street, Suite 1800
Nashville, Tennessee 37238
Telephone: 615-256-0500
Facsimile: 615-251-1059
Email: cvg@h3gm.com and jdm@h3gm.com

*Counsel for Holrob Investments, LLC and Robert S. Talbott*